cate and call witnesses, and (3) failed to timely endorse a witness.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the claims of error to be without merit. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

action. He was sentenced to life in prison and a consecutive term of ten years.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**John BEVINEAU, Appellant.**

**No. ED 80080.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 17, 2002.

Douglas R. Hoff, Assistant Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J. and CHARLES B. BLACKMAR, S.J.

### ORDER

PER CURIAM.

John Bevineau appeals the judgment entered upon his conviction by a jury for second degree murder and armed criminal

**In re the Marriage of Charles Eugene CLONTS, Jr., Petitioner/Appellant,**

v.

**Jill Marie CLONTS, Respondent.**

**No. 79539.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 17, 2002.

Daniel E. Leslie, Joseph Aubuchon, Union, MO, for appellant.

Jonathan L. Downard, Union, MO, for respondent.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and JAMES R. DOWD, J.